**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-2094**

———————

MARIE THERESE ASSA'AD-FALTAS,

Plaintiff - Appellant,

v.

WAL-MART STORES EAST, L.P.; HEWLETT-PACKARD COMPANY, "HP,"

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge.  (3:18-cv-03563-TLW)

———————

Submitted:  November 17, 2022                    Decided:  November 22, 2022

———————

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marie Therese Assa'ad-Faltas, Appellant Pro Se.  Regina Hollins Lewis, Randi Lynn Roberts, GAFFNEYLEWIS, LLC, Columbia, South Carolina; Edgar Lloyd Willcox, II, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas appeals the district court's orders (1) accepting the magistrate judge's recommendation to deny Assa'ad-Faltas' summary judgment motion and grant summary judgment in favor of Defendants on Assa'ad-Faltas' state law civil claims; and (2) denying Assa'ad-Faltas' Fed. R. Civ. P. 59(e) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *See Assa'ad-Faltas v. Wal-Mart Stores E., L.P.*, No. 3:18-cv-03563-TLW (D.S.C. filed June 1, 2021 & entered June 2, 2021; Sept. 28, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*